UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
: Civil Nos.
:
IN RE SEPTEMBER 11 LITIGATION    : 21 MC 97 (AKH)
: 21 MC 101 (AKH)
- and -    :
: This Notice relates to:
IN RE SEPTEMBER 11 PROPERTY DAMAGE AND    : 03 CV 7071 (AKH)
BUSINESS LOSS LITIGATION    : MICHAEL SWEENEY v.
: AMERICAN AIRLINES, INC.,
: et al.
:
: **NOTICE OF MOTION**
------------------------------------------------------------------ X

PLEASE TAKE NOTICE that defendants American Airlines, Inc., AMR Corporation and Globe Aviation Services Corporation, will move this Court upon the accompanying declaration and memorandum of law, at a date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order: (1) approving the agreement entered into by plaintiff Michael Sweeney and certain defendants, dated July 13, 2007, settling the claims asserted in *Sweeney v. American Airlines, Inc., et al.*, 03 Civ. 7071 (AKH), (the "Settlement"); (2) entering final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; (3) ruling that the liability limitation contained in section 408(a)(1) of the Air Transportation Safety and System Stabilization Act applies to the Settlement amount; and (4) dismissing the Complaint in *Sweeney v. American Airlines, Inc., et al.*, 03 Civ. 7071 (AKH), with prejudice as to all defendants.

Dated: New York, New York
July 26, 2007

                              Respectfully submitted,

                              CONDON & FORSYTH LLP

                              By: _____
                                  Desmond T. Barry, Jr., Esq. (DB 8066)
                              7 Times Square
                              New York, New York 10036
                              (212) 894-6770

                              -and-

                              DEBEVOISE & PLIMPTON LLP
                              Roger E. Podesta, Esq. (RP 1749)
                              Maura K. Monaghan, Esq. (MM 7682)
                              919 Third Avenue
                              New York, New York 10022
                              (212) 909-6000

                              Attorneys for Defendants
                              AMERICAN AIRLINES, INC. and
                              AMR CORPORATION

                              JONES HIRSCH CONNORS & BULL, PC

                              By: _____
                                  James P. Connors, Esq. (JC 5421)
                                  One Battery Park Plaza, 28th Floor
                                  New York, New York 10004
                              (212) 527-1000

                              -and-

LORD, BISSELL & BROOK
Gary W. Westerberg, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0700


-and-

KELLY, LIBBY & HOOPES, P.C.
Paul V. Kelly, Esq.
175 Federal Street
Boston, Massachusetts 02110
(617) 338-9300


Attorneys for Defendant
GLOBE AVIATION SERVICES
CORPORATION